IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ARIELLE REID,

    Plaintiff,

v.

UMPQUA COMMUNITY DEVELOPMENT CORPORATION,

    Defendant.

Civ. No. 6:23-cv-00076-AA

JUDGMENT

Pursuant to the Stipulated Notice of Voluntary Dismissal, this action is DISMISSED with prejudice and without costs or attorney fees to any party.

DATED: 4/3/2024

                              Melissa Aubin, Clerk

                              By    /s/ C. Kramer
                                            Deputy Clerk

1 –JUDGMENT